# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>　　　Plaintiff(s),<br>v.<br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br>　　　Defendant(s). | Case No.: 2:21-cv-00399-JAD-NJK<br><br>**Order** |

Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Commonwealth Land Title Insurance Company violated the local rules to file certificates of interested parties when they removed the case from state court. *See* Local Rule 7.1-1(c). On March 11, 2021, the Court ordered Defendants to file certificates of interested parties by March 18, 2021. Docket No. 3. Defendants have violated that order.

The Court (again) orders Defendants to file certificates of interested parties by April 1, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: March 25, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1