1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Michael R. Merritt, Nevada Bar Number 5720
7    *Michael.merritt@mccormickbarstow.com*
   MCCORMICK, BARSTOW, SHEPPARD,
8  WAYTE & CARRUTH LLP
   8337 West Sunset Road, Suite 350
9  Las Vegas, Nevada 89113
   Telephone:  (702) 949-1100
10 Facsimile:  (702) 949-1101

11 Attorneys for FIDELITY NATIONAL TITLE GROUP,
   INC.; COMMONWEALTH LAND TITLE INSURANCE
12 COMPANY; CHICAGO TITLE INSURANCE
   COMPANY; FIDELITY NATIONAL TITLE
13 INSURANCE COMPANY; FIDELITY NATIONAL
   TITLE AGENCY OF NEVADA, INC. and CHICAGO
14 TITLE OF NEVADA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00399-JAD-NJK<br><br>**STIPULATION AND ORDER TO TOLL DEFENANTS' DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |



**STIPULATION AND ORDER**

659141.3

Plaintiff Bank of America, N.A. ("BANA") and Defendants Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Chicago Title Insurance Company, Fidelity National Title Insurance Company, Fidelity National Title Agency of Nevada, Inc., and Chicago Title of Nevada, Inc., (collectively, "Defendants," and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on March 9, 2021, BANA filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830781-C [ECF No. 1-1];

**WHEREAS**, on March 9, 2021, Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Commonwealth Land Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on April 8, 2021, BANA filed a Motion for Remand [ECF No. 9];

**WHEREAS**, on April 8, 2021, BANA filed a Motion for Costs and Fees [ECF No. 10];

**WHEREAS**, on April 8, 2021, an amended removal petition was filed [ECF No. 11];

**WHEREAS**, on April 22, 2021, this Court granted the Parties' stipulation to stay the case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal" [ECF No. 16];

**WHEREAS**, Defendants' time to oppose the motion to remand, to oppose the motion for fees, and to file responsive pleadings had not yet expired;

**WHEREAS**, on December 29, 2021, BANA filed a motion to lift stay and reopen this case, and to reactivate the motion for remand [ECF No. 30];

**WHEREAS**, on December 30, 2021, Defendants filed a joinder to BANA's motion [ECF No. 31];

**WHEREAS**, on January 25, 2022, the Court granted the motion to lift stay in part, ordering the stay lifted and further ordering BANA to refile its motion to remand by February 11, 2022;

**WHEREAS**, the parties previously stipulated to toll the deadline for a responsive pleading [ECF No. 28], but that stipulation was denied [ECF No. 29]. The Court's January 25, 2022 minute



1
**STIPULATION AND ORDER**
659141.3

order advised that if the Parties still agreed on that stipulation, they should file a new stipulation on this point now that the case has reopened to toll the deadline for a responsive pleading.

**WHEREAS**, the parties agree that the interests of efficiency and judicial economy are best served by staying discovery in this case until the Court's ruling on the remand motion.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

[TEXT CONTINUED ON FOLLOWING PAGE]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1. The Parties stipulate and agree that, in the interests of judicial economy, the deadline to file a responsive pleading to the Complaint will continue to be tolled and will be reset, if necessary, by agreement of the parties following the Court's ruling on the remand motion.

2. The Parties stipulate and agree that, in the interests of judicial economy, discovery in this case will continue to be stayed until the Court's ruling on the remand motion.

**IT IS SO STIPULATED.**

Dated: February 11, 2022

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/-- Scott E. Gizer*
SCOTT E. GIZER
SOPHIA S. LAU

Dated: February 11, 2022

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/-- Michael R. Merritt*
MICHAEL R. MERRITT

Attorneys for Defendants FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. and CHICAGO TITLE OF NEVADA, INC.

Dated: February 11, 2022

WRIGHT FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
DARREN T. BRENNER

Attorneys for Plaintiff BANK OF AMERICA, N.A.

**IT IS SO ORDERED:**

Dated: 2/18/2022

By: _____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

