EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
Scott E. Gizer, Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Nevada Bar No. 13365
  slau@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada  89148
Telephone:     (702) 331-7593
Facsimile:     (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
  michael.pintar@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. and CHICAGO TITLE OF NEVADA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>          Plaintiff,<br><br>     v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; CHICAGO TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00399-JAD-NJK<br><br>**NOTICE OF MICHAEL R. MERRITT NO LONGER COUNSEL OF RECORD** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:21-cv-00399-JAD-NJK
NOTICE OF MICHAEL R. MERRITT NO LONGER COUNSEL OF RECORD

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that Michael R. Merritt, Esq., previously an attorney with McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, is no longer with the firm.  Please remove Michael R. Merritt, Esq., from your service list.  **Effective immediately**, the responsible attorney on this file for Defendants, Fidelity National Title Group, Inc.; Commonwealth Land Title Insurance Company; Chicago Title Insurance Company; Fidelity National Title Insurance Company; Fidelity National Title Agency Of Nevada, Inc.; Chicago Title Of Nevada, Inc.*,* is **Michael A. Pintar, Esq**.

Please address all further correspondence, pleadings and discovery to the attention of Michael A. Pintar, at McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 8337 West Sunset Rd., Suite 350, Las Vegas, NV 89113, or e-mail *michael.pintar@mccormickbarstow.com.*

Scott E. Gizer, Esq., and Sophia S. Lau, Esq., of Early Sullivan Wright Gizer & McRae, LLP, remain as attorneys of record in this case.

Dated:  April 8th , 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Michael A. Pintar
Michael A. Pintar
Nevada Bar No. 3789
Attorneys for FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. and CHICAGO TITLE OF NEVADA, INC.

IT IS SO ORDERED.
Dated:  April 11, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge